**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1164-REB-BNB

C.K.H., L.L.C., an Arizona limited liability company,
LUNCH AT THE TURN, LLC., an Arizona limited liability company,
BARBARA A. JEFFERSON,
LAUREL A. JEFFERSON,
LARRY A. JEFFERSON,
MICHAEL T. JEFFERSON,
SCOTT CHAMBERLAIN,
INTREPID, LLC, an Arizona limited liability company,
WILLIAM D. BALOUGH,
JANICE M. BALOUGH,
TAYLOR RESTAURANT HOLDINGS, LLC, an Arizona limited liability company, and
JEFFREY M. TAYLOR,

     Plaintiffs,

v.

THE QUIZNO'S FRANCHISING, L.L.C., a Colorado limited liability company,
THE QUIZNO'S FRANCHISE COMPANY LLC, and
THE QUIZNO'S MASTER LLC,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter before the court is a **Notice of Dismissal Without Prejudice** [#60], filed July 14, 2005, filed on behalf of the plaintiffs. After careful review of the notice and the file, the court has concluded that the notice should be approved and this action be dismissed without prejudice.

     **THEREFORE IT IS ORDERED** as follows:

1.  That the **Notice of Dismissal Without Prejudice** [#60], filed July 14, 2005, is **APPROVED**;

2.  That this action is **DISMISSED WITHOUT PREJUDICE**; and

3.  That the trial preparation conference set for April 14, 2006, and the jury trial set to commence April 17, 2006, are **VACATED**.

Dated this 18th day of July, 2005, at Denver, Colorado.

BY THE COURT:

s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge